**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Metro Federal Credit Union v. Federal Insurance Company | Case Number:<br>FILED: JULY 18, 2008<br>08CV4087<br>JUDGE COAR<br>MAGISTRATE JUDGE DENLOW<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT FEDERAL INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>Donald L. Mrozek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Donald L. Mrozek | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>222 North LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1979620 | TELEPHONE NUMBER<br>312/704-3111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |