## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Metro Federal Credit Union v. Federal Insurance Company

Case Number:
FILED: JULY 18, 2008
08CV4087
JUDGE COAR
MAGISTRATE JUDGE DENLOW
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT FEDERAL INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Nabil G. Foster | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Nabil G. Foster | |
| FIRM | |
| Hinshaw & Culbertson LLP | |
| STREET ADDRESS | |
| 222 North LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 5116932 | 312/704-3632 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐