IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
FILED: JULY 18, 2008
08CV4087
JUDGE COAR
MAGISTRATE JUDGE DENLOW
RCC
```

METRO FEDERAL CREDIT UNION,       )
                                  )
                   Plaintiff,     )     Case No.
                                  )
v.                                )
                                  )     (Circuit Court of Cook County, Illinois,
FEDERAL INSURANCE COMPANY,        )     County Department, Law Division,
                                  )     Case No. 08 L 006732)
                   Defendant.     )

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, FEDERAL

INSURANCE COMPANY, states as follows:

1.      Federal Insurance Company is a wholly owned subsidiary of The Chubb
Corporation, a publicly traded company on the New York Stock Exchange.

Respectfully submitted,


By: s/ Nabil G. Foster
    One of the Attorneys for Defendant


Donald L. Mrozek, #1979620
Richard B. Polony, #5116932
Nabil G. Foster, #6273877
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois 60601
(312) 704-3000

6341376v1 890306

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he/she has caused a true and correct copy

of the foregoing Notice of Filing of Removal to be served upon:

Loren Neuman and Matthew Darrough, Esqs.; Thompson Coburn Fagle Tabor; 55
East Monroe Street, 40th Floor; Chicago, IL 60603

by messenger on July 18, 2008.

/s/ Richard B. Polony

6340903v1 890306