IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METRO FEDERAL CREDIT UNION, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 08 CV 4087 |
| FEDERAL INSURANCE COMPANY, | ) Judge: David H. Coar |
| Defendant. | ) Magistrate Judge: Morton Denlow |

**DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION TO EXTEND TIME**

Defendant, Federal Insurance Company, an Indiana corporation ("Federal"), by its attorneys, Donald L. Mrozek and Richard B. Polony, moves for leave to extend the time for it to answer, move or otherwise plead to the Complaint in this matter, to and including August 15, 2008. In support of this motion, Federal states as follows:

1. The undersigned counsel contacted Plaintiff's counsel Lauren Newman on Friday, July 18, 2008 with regard to this request for an extension of time and counsel did not have any objection to this request.

2. Donald L. Mrozek and Richard B. Polony, counsel for Federal, were recently retained on July 9, 2008 to represent Federal's interests in this matter.

3. On July 18, 2008, Federal filed a Notice of Removal to this court. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, Federal's Answer, Motion or other pleading to the Complaint is due July 25, 2008.

4. Between July 9, 2008 and the date of the Notice of Removal, counsel for Federal reviewed the Complaint, consulted with their client regarding removal, researched and prepared the necessary pleadings required for removal and began to address issues relating to discovery including the location and preservation of electronically stored information.

5. In addition, counsel requested information and documents relating to the alleged claim and has begun to conduct a complete investigation of the facts in order to formulate an appropriate response to the Complaint.

6. The undersigned counsel has primary responsibility for investigating and responding to the Complaint and although every effort has been made to complete this investigation in a timely manner, counsel will need the additional time requested for the following reasons:

   a. to interview and obtain relevant information from the individuals involved in the underlying claim;

   b. review of the additional documents to be obtained from the client;

   c. complete any legal research regarding the claims and defenses; and

   d. a previously planned absence of the undersigned counsel who has primary responsibility for investigating and responding to this Complaint.

7. Federal requests a brief extension of time to complete its investigation of this matter and to prepare an appropriate answer or other pleading in response to the Complaint.

8. Federal respectfully requests that this Court grant it an additional 21 days up to and including August 15, 2008, to answer, move or otherwise plead in response to the Complaint.

WHEREFORE, Defendant Federal Insurance Company, respectfully requests that this Court grant its motion to extend time for it to answer or otherwise plead, to and including August 15, 2008, and for any further relief this Court deems just and proper.

6340905v1 890306

        Respectfully submitted,

        FEDERAL INSURANCE COMPANY

        By:  /s/ Richard B. Polony
              One of its attorneys

Donald L. Mrozek, ARDC No. 1979620
Richard B. Polony, ARDC No. 6227043
Nabil Foster, ARDC No. 6273877
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6340905v1 890306