IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| METRO FEDERAL CREDIT UNION, | ) | Case No.: 08 CV 4087 |
| Plaintiff, | ) | |
| v. | ) | Judge: David H. Coar |
| | ) | Magistrate Judge: Morton Denlow |
| FEDERAL INSURANCE COMPANY, | ) | (Circuit Court of Cook County, Illinois, County Department, Law |
| Defendant. | ) | Division, Case No. 08 L 006732) |

### NOTICE OF MOTION

TO: Lauren Newman, Esq.
Matthew S. Darrough, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:00 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge David H. Coar or any judge sitting in his stead, in the courtroom regularly occupied by him, of the Dirksen Federal Building, and there and there present **Defendant Federal Insurance Company's Motion to Extend Time,** a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

Respectfully submitted,

FEDERAL INSURANCE COMPANY

By: /s/ Richard B. Polony
One of its Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I will have electronically filed **Defendant Federal Insurance Company's Motion to Extend Time** and **Notice of Motion** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system. Notification of such filings(s) will be sent via messenger on July 21, 2008, to the following:

Lauren Newman, Esq.
Matthew S. Darrough, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Richard B. Polony
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
E-mail: rpolony@hinshawlaw.com

Respectfully submitted,

FEDERAL INSURANCE COMPANY

By: /s/ Richard B. Polony
One of its Attorneys

6342311v1 890306