# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| METRO FEDERAL CREDIT UNION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 08 CV 4087 |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | Judge: David H. Coar |
| ) | |
| Defendant. ) | Magistrate Judge: Morton Denlow |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**FEDERAL INSURANCE COMPANY**

| |
|---|
| NAME: Clifford E. Yuknis |
| SIGNATURE: s/ *Clifford E. Yuknis* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3096076 | 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | | |

6342377v1 890306

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **July 21, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system and I caused a copy of such filing(s) to be sent via hand delivery on July 21, 2008, to the following:

Lauren Newman, Esq.
Matthew S. Darrough, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL  60603

                                       HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Donald L. Mrozek, ARDC No. 1979620 | s/ *Clifford E. Yuknis* |
| Richard B. Polony, ARDC No. 6227043 | Clifford E. Yuknis |
| Nabil Foster, ARDC No. 6273877 | |
| Clifford E. Yuknis, ARDC No. 3096076 | |

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
cyuknis@hinshawlaw.com

2