**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Metro Federal Credit Union
                Plaintiff,

v.                                            Case No.: 1:08−cv−04087
                                                          Honorable David H. Coar

Federal Insurance Company
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

        MINUTE entry before the Honorable David H. Coar:MOTION by Defendant Federal Insurance Company for extension of time [8] is granted. Defendant to answer or plead on or before 8/15/2008. Parties need not appear on the prsentment date of 7/24/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.