IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METRO FEDERAL CREDIT UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 08 C 4087<br><br>Judge David H. Coar<br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO: Lauren Newman, Esq.; J. David Duffy, Esq.; John C. Anderson, Esq.; Thompson Coburn Fagel Haber; 55 East Monroe Street, 40th Floor; Chicago, IL 60603

PLEASE TAKE NOTICE that at **9:00 a.m.** on **Monday August 25, 2008**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable David H. Coar**, or any judge sitting in his stead in the **courtroom number 1419** usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present Defendant Federal Insurance Company's **MOTION TO DISMISS FILED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** and its **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FILED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**, copies of which are being forwarded to you electronically using the Court's CM/ECF filing system.

Dated: August 15, 2008

| | |
|---|---|
| Donald L. Mrozek<br>Richard B. Polony<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>Phone: 312-704-3000<br>Fax: 312-704-3001<br>Firm No. 90385 | Respectfully submitted,<br><br>FEDERAL INSURANCE COMPANY<br><br>By: /s/ Richard B. Polony<br>        One of Its Attorneys |

## CERTIFICATE OF SERVICE

I certify that pursuant to Local Rule 5.5, service of the instant Defendant Federal Insurance company's Notice of Motion was accomplished upon all Filing Users pursuant to the Court's Electronic Case Filing system on August 15, 2008.

/s/ Richard B. Polony