# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Metro Federal Credit Union

                         Plaintiff,

v.                                                Case No.: 1:08–cv–04087

                                                         Honorable David H. Coar

Federal Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable David H. Coar: Briefing schedule as to motion by Defendant Federal Insurance Company to dismiss Filed Pursuant to Federal Rule of Civil Procedure 12(b)(6) [16] is set as follows:Response due by 9/9/2008; Reply due by 9/23/2008. Motion will be taken under advisement.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.